IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

ZACHERY KEITH TURNER,

      Petitioner,

v.

STATE OF FLORIDA,

      Respondent.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D14-698

Opinion filed July 18, 2014.

Petition Alleging Ineffective Assistance of Appellate Counsel – Original
Jurisdiction.

Zachery Keith Turner, pro se, Petitioner.

Pamela Jo Bondi, Attorney General, and Angela R. Hensel, Assistant Attorney
General, Tallahassee, for Respondent.

PER CURIAM.

      The petition alleging ineffective assistance of appellate counsel is denied on

the merits.

WOLF, ROBERTS, and ROWE, JJ., CONCUR.